UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| PLASTIC SPECIALTIES, INC. d/b/a<br>PSI URETHANES, INC.<br><br>*Plaintiff*,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. and<br>JOHN DOE TELLER<br><br>*Defendants*. | § § § § § § § § § § § § | Civil Action No. 1:18-cv-874-SH |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Before the court is the Plaintiff's Motion to Compel Discovery Responses (Dkt. No. 53). The Court, having considered the Motion, the response, the pleadings on file, and argument of counsel, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Discovery Responses be, and it hereby is, GRANTED;

IT IS FURTHER ORDERED that, within 7 days of the date of this Order, Defendant JPMorgan Chase Bank, N.A. ("Chase") shall provide a verification for its interrogatory answers in accordance with Local Rule CV-33;

IT IS FURTHER ORDERED that, within 7 days of the date of this Order, Defendant JPMorgan Chase Bank, N.A. ("Chase") shall provide the information requested in Interrogatory Nos. 1-3/23-25 either in narrative form or, if the information is contained in produced documents, by providing the specific bates-numbers of such documents;

IT IS FURTHER ORDERED that if the Chase employee who spoke with PSI on February 5, 2018 has no memory of the substance of that conversation, Chase shall so state in its answer to Interrogatory No. 1/23;

IT IS FURTHER ORDERED that, within 7 days of the date of this Order, PSI may serve a subpoena on Bank of New York Mellon to obtain the information requested in Interrogatory No. 4/26;

IT IS FURTHER ORDERED that Chase's objection to Request for Production No. 3 is overruled and, within 7 days of the date of this Order, Chase shall produce any responsive documents and amend its response to identify such documents by specific bates-numbers;

IT IS FURTHER ORDERED that Chase's objection to Request for Production Nos. 11-12 are overruled and, within 7 days of the date of this Order, Chase shall produce any responsive documents and amend its response to identify such documents by specific bates-numbers;

IT IS FURTHER ORDERED that Chase's objection to Request for Production Nos. 17-19 are overruled and, within 7 days of the date of this Order, Chase shall produce any responsive oral recordings and amend its response to identify such documents by specific bates-numbers or state that it has no such oral recordings;

IT IS FURTHER ORDERED that Chase's objection to Request for Production No. 28 is overruled and, within 7 days of the date of this Order, Chase shall produce any documents responsive to Request for Production Nos. 27-28 and amend its response to identify such documents by specific bates-numbers; and

IT IS FURTHER ORDERED that, within 7 days of the date of this Order, Chase shall provide PSI with a written description of Chase's efforts to search for and collect responsive documents, including emails and ESI, that includes any search terms that were used and the identity of any server(s) or other electronic folder(s) that were searched and, upon receipt by PSI, the parties shall confer in good faith to resolve any issues concerning Chase's search for and collection of responsive documents before bringing any unresolved issues concerning Chase's document production and objections to PSI's requests for production to the Court;

It is SO ORDERED this __9th__ day of __December__, 2020.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                MAGISTRATE

AGREED AS TO FORM:


/s/ Michael L. Navarre
Michael L. Navarre
State Bar No. 00792711
mnavarre@bnsfirm.com
BEATTY NAVARRE STRAMA, PC
901 S. Mopac Expy.
Bldg. 1, Ste. 200
Austin, Texas  78746
(512) 879-5050—Telephone
(512) 879-5040—Facsimile

ATTORNEYS FOR PLAINTIFF,
PLASTIC SPECIALTIES, INC. d/b/a PSI URETHANES, INC.


/s/ Jacquelyn D. McAnelly
Jacquelyn D. McAnelly
State Bar No. 24078954
jmcanelly@law-crg.com
Rachel R. Rosen
State Bar No. 17264400
r3rosen@law-crg.com
M. H. Cersonsky
State Bar No. 04048500
mhcersonsky@law-crg.com
Cersonsky, Rosen & Garcia, P.C.
1770 Saint James Place, Suite 150
Houston, Texas 77056

ATTORNEYS FOR DEFENDANT,
JPMORGAN CHASE BANK, N.A.